UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUDI COSTELLO,

                Plaintiff,

    v.

CITY OF VADER and JOE SCHEY,

                Defendants.

CASE NO. C20-6251 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 42. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment, Dkt. 32, is **GRANTED**;

(3)     Plaintiffs' motion for leave authorizing service of process, Dkt. 26, and motion for summary judgment, Dkt. 37, are **DENIED**;

(4)     This action is **DISMISSED without prejudice**; and

\\

ORDER - 1

(5)     The Clerk shall enter JUDGMENT and close this case.

Dated this 28th day of February, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2